976 So.2d 182 (2008)
NEW INVESTMENT PROPERTIES, LLC
v.
ABC INSURANCE COMPANY, Orleans Levee District and R P Beckendorf & Associates d/b/a ISU Coast Insurance Agency,
No. 2007-C-2442.
Supreme Court of Louisiana.
February 15, 2008.
*183 In re R P Beckendorf & Associates d/b/a ISU Costal Insurance Agency;  Defendant; Applying for Writ of Certiorari and/or Review, Parish of Orleans, Civil District Court Div. B, No. 2006-08203; to the Court of Appeal, Fourth Circuit, No. 2007-CA-0943.
Denied.